IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stallworth, Patricia | Case Number: 07 B 05347 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 12/28/07 | Filed: 3/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 130.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 122.98 |
| Trustee Fee: |  | 7.02 |
| Other Funds: |  | 0.00 |
| Totals: | 130.00 | 130.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 130.00 | 122.98 |
| 2. | Jefferson Capital | Unsecured | 226.79 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 82.44 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 97.64 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 110.39 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 559.68 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 147.23 | 0.00 |
| 8. | Custom Collection | Unsecured | 22.61 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 107.69 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,057.65 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 12. | Nicor Gas | Unsecured | 71.03 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 129.94 | 0.00 |
| 14. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 15. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 16. | Check Rite | Unsecured | | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 18. | Collection Company Of America | Unsecured | | No Claim Filed |
| 19. | H&F Law | Unsecured | | No Claim Filed |
| 20. | P Stassinos | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stallworth, Patricia

Printed: 12/28/07

Case Number: 07 B 05347
Judge: Squires, John H
Filed: 3/26/07

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 27. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 33. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 35. | Ascension Acquisitions | Unsecured | | No Claim Filed |
| 36. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 37. | Midland Credit Management | Unsecured | | No Claim Filed |
| 38. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | Park Dansan | Unsecured | | No Claim Filed |
| 41. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 42. | Allied Interstate | Unsecured | | No Claim Filed |
| 43. | RMI/MCSI | Unsecured | | No Claim Filed |
| 44. | Retailers National Bank | Unsecured | | No Claim Filed |
| 45. | RMI/MCSI | Unsecured | | No Claim Filed |
| 46. | Professional Account Management | Unsecured | | No Claim Filed |
| | | | $ 2,743.09 | $ 122.98 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.02 |
| | $ 7.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

